UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIA RAMIREZ,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>WALGREEN CO.,<br><br>　　　　　　Defendant(s). | Case No. 2:16-cv-00506-APG-NJK<br><br>ORDER<br><br>(Docket No. 12) |

Pending before the Court is a discovery plan, Docket No. 12, which is hereby **DENIED**. The presumptively reasonable discovery period is 180 days from the date of the first defendant's appearance. *See* Local Rule 26-1(e)(1). The parties seek additional time without providing any showing of good cause for that extension. *Cf.* Local Rule 26-1(d) (requiring a statement of why a longer period is sought). In addition, the parties misstate the timing requirements for requesting extensions pursuant to Local Rule 26-4, which requires that any request to extend deadlines set forth in the scheduling order must be submitted at least 21 days <u>before the subject deadline</u>. For example, any request to extend the deadline for initial expert disclosures must be filed at least 21 days before the expiration of <u>that deadline</u>. Such a request filed only 29 days before the discovery cut-off would be untimely. The parties shall file an amended discovery plan in compliance with the local rules no later than April 26, 2016.

　　IT IS SO ORDERED.

　　DATED: April 22, 2016

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge