UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIA RAMIREZ,<br><br>        Plaintiff,<br><br>vs.<br><br>WALGREEN CO.,<br><br>        Defendant. | Case No. 2:16-cv-00506-APG-NJK<br><br>ORDER<br><br>(Docket No. 17) |

Pending before the Court is the parties' joint emergency motion to extend time for discovery and expert-related dates. Docket No. 17. For good cause and excusable neglect shown, the Court **GRANTS** the parties' motion.

Accordingly, the discovery cut-off is extended to October 6, 2016; the initial expert disclosure deadline is extended to August 26, 2016; and the rebuttal expert disclosure deadline is extended to September 9, 2016. Additionally, the dispositive motion deadline is extended to November 7, 2016, and the joint pretrial order deadline is extended to December 7, 2016. In the event dispositive motions are filed, this deadline will be suspended until 30 days after the decision on all dispositive motions or until further order of the Court.

IT IS SO ORDERED.

DATED: July 1, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge